# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MARY CASEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 08-0201-CV-W-DGK |
| vs. | ) |
| | ) |
| COVENTRY HEALTH CARE OF KANSAS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER TO DISCLOSE PROTECTED HEALTH INFORMATION
## FOR CERTAIN COVENTRY HMO MEMBERS

Coventry Health Care of Kansas, Inc. ("Coventry") is hereby ordered to release to the Class Administrator, Class Counsel, and the U.S. District Court for the Western District of Missouri ("Court") the following information related to certain former and current Coventry HMO members (i.e., class members):

(1) the name and address of each Coventry HMO member who submitted a claim to Coventry, between May 30, 1998 and October 31, 2010, for a single service upon which both a copayment and coinsurance amount could have been charged to the member pursuant to the member's HMO plan.

The above information shall be conveyed to the Class Administrator, Class Counsel, the Court, and any other person(s) as the Court shall so designate.

All information released by Coventry pursuant to this Order shall not be disclosed further and shall be used solely for the purpose of providing notice of this class action to the potential class members and for purposes of administering the class. The release of such information by Coventry shall not constitute a waiver of the privacy and confidentiality protections accorded such information under federal and/or state law, statute or regulation. Upon resolution of the

claims against Coventry, including any and all appeals, the Class Administrator, Class Counsel and the Court shall return to Coventry or destroy all information received from Coventry pursuant to this Order.

                                         /s/ Greg Kays
                                        GREG KAYS, JUDGE
                                        UNITED STATES DISTRICT COURT

Date: November 15, 2010