# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MARY CASEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 08-0201-CV-W-DGK |
| vs. | ) |
| | ) |
| COVENTRY HEALTH CARE OF | ) |
| KANSAS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Attached to this Order is the Notice the Court will send to the Class Administrator. The parties are directed to file any objections by December 7, 2010. The Court notes that the only remaining issue will be to insert the address to be used by the Class Administrator on page 7, paragraph 16. In the event the Court makes any further corrections or changes, the parties will be given notice. After reviewing any objections, the Court will send the notice to the Class Administrator with instructions to begin the notice process in accordance with the scheduling order of November 17, 2010, unless the parties inform the Court that the case has settled.

**IT IS SO ORDERED**

Dated: November 23, 2010         /s/ Greg Kays
                                  GREG KAYS
                                  UNITED STATES DISTRICT JUDGE